**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6856

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ELI WRIGHT,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. G. Ross Anderson, Jr., District Judge. (7:96-cr-00104-GRA-1)

Submitted: August 21, 2008        Decided: August 27, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eli Wright, Appellant Pro Se. Jimmie Ewing, Kevin Frank McDonald, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eli Wright appeals the district court's order denying relief on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Wright</u>, No. 7:96-cr-00104-GRA-1 (D.S.C. May 15, 2008).  We further deny Wright's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>